## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>THEODORE McCAW,<br><br>               Defendant. | Case No.  CR10-5039BHS<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Assistant United States Attorney, Aravind Swaminathan;
The defendant appears personally and represented by counsel, Miriam Schwartz;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Indictment if found to be in violation of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond conditions as set forth below:

**Violation #1:** Accessing a computer on November 4, 2009.
**Violation #3:** Providing false statements to US Pretrial Services on the supplemental report form dated December 3, 2009.
**Violation #4:** Drinking beer on January 8, 2010.
**Violation #5:** Leaving home without his GPS tracking device on March 17, 2010.

The court having determined that the defendant violated the conditions of his/her Appearance Bond, Now therefore defendant's Appearance Bond  is hereby:
(X) continued in effect.
(  ) modified as follows:
(  ) revoked, and the defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.   .

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                                                 March 18, 2010.

                                           s/Karen L. Strombom
                                           **Karen L. Strombom, U.S. Magistrate Judge**